JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SANDER MAURICIO LOPEZ ESCOBAR,

Petitioner,

v.

JAMES JANECKA, et al.,

Respondents.

Case No. 5:26-cv-02261-PD

**JUDGMENT**

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted as to Count Two. Counts One and Three are dismissed without prejudice.

DATED: May 21, 2026

*Patricia Donahue*

Patricia Donahue
United States Magistrate Judge